UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| SHERRY RAHTZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2: 22-064-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| TRANSIT AUTHORITY OF | ) | **ORDER** |
| NORTHERN KENTUCKY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiffs Sherry Rahtz, Individually as an Ancillary Administrator of the Estate of Dennis Rahtz, Deceased, and Patricia Paige, as Next Friend and Natural Grandmother of minors, P.R., C.R., and D.R, and Defendants Transit Authority of Northern Kentucky and Howard Sampson, by their respective counsel, have tendered a proposed agreed order to dismiss all remaining claims with prejudice. [Record No. 65]

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' proposed agreed order of dismissal, docketed as a motion [Record No. 65], is **GRANTED**.

2. All claims remaining in this matter are **DISMISSED**, with prejudice. Further, this matter is **DISMISSED** and **STRICKEN** from this docket.

3. The parties shall bear their respective fees and expenses.

Dated: November 17, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky